**ART HASAN, CA Bar No. 167323**
AHasan@lrrc.com
**ANNE WANG, CA Bar No. 151000**
AWang@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Plaintiff
TIMELY INVENTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>     vs.<br><br>RECKITT BENCKISER LLC, a Delaware Limited Liability Company,<br><br>             Defendant. | Case No. 2:17-cv-08873-AB-RAO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. André Birotte Jr.** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Timely Inventions, LLC, and Defendant Reckitt Benckiser LLC, hereby stipulate to dismiss this action with prejudice, each party bearing its own attorneys' fees and costs.

Dated: March 9, 2018

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  /s/ Art Hasan
Art Hasan

Attorneys for Plaintiff
TIMELY INVENTIONS, LLC


ECOFF CAMPAIN & TILLES, LLP


By:  /s/ Lawrence C. Ecoff
Lawrence C. Ecoff

Attorneys for Defendant
RECKITT BENCKISER LLC

L.R. 5-4.3.4(a)(2)(i) Certification:

Lawrence C. Ecoff concurs in this filing's content and has authorized the ECF filing of same.

By:  /s/ Art Hasan
Art Hasan

SRD 104274582.1-*-03/09/2018 10:38 AM